# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI, | : | No. 155 EM 2015 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| HONORABLE JUDGE DIANA ANHALT AND HONORABLE SHELIA WOODS-SKIPPER AND COURT OF COMMON PLEAS, PHILADELPHIA, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurists from the caption.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.